Argued June 21, affirmed June 21, petition for rehearing denied
July 26, petition for review denied September 21, 1973

STATE OF OREGON, *Respondent, v.*
FRED M. SMITH (No. C 72-08-2471 Cr), *Appellant.*

510 P2d 1349

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.